Filing # 169288595 E-Filed 03/21/2023 05:15:44 PM

IN THE CIRCUIT COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

SHEKINA THOMPSON,

CASE NO.:  2023-008916 CA 01 (25)

      Plaintiff,

vs.

OCTAPHARMA PLASMA, INC.,

      Defendant.

_____/

## COMPLAINT and DEMAND FOR TRIAL BY JURY

COMES NOW, the Plaintiff, SHEKINA THOMPSON (PLAINTIFF) by and through the undersigned attorneys, and hereby sues the Defendant, OCTAPHARMA PLASMA, INC., a foreign corporation, (Defendant) on this Complaint, and in support thereof, alleges as follows:

1.     That this is an action of damages in excess of Fifty Thousand ($50,000.00) Dollars and within the jurisdictional limits of this Court.

2.     That at all times material and relevant hereto, Plaintiff was residing in Miami-Dade, Florida, and is otherwise sui juris.

3.     That at all times material and relevant hereto, Defendant was, upon information and belief, a corporation and business organization licensed to do business, and doing business in the instant county.

4.     That on or about 6/12/2022 ("date of incident"), and at all times material and relevant hereto the Plaintiff was injured when she slipped which is believed to be located at 4690 NW 183rd Street, Miami Gardens, Florida (hereinafter referred to as the "premises").

**EXHIBIT "A"**

5.      That on or about the date of incident, and at all times material and relevant hereto, upon information and belief, the Defendant was the owner, lessee, operator, controller, and/or manager of said premises and responsible for the maintenance, management, upkeep and safety of the aforementioned premises.

6.      That on or about the date of incident and at all times material and relevant hereto, Defendant, by and through its agents and/or employees, had a duty to maintain its aforementioned premises in a reasonably safe condition, to warn patrons, invitees and members of the general public, such as Plaintiff of known dangerous, defective, hazardous and/or unsafe conditions, to act carefully and to not put others at an undue risk of harm.

7.      That on or about the date of incident and at all times material and relevant hereto, the Defendant, by and through its agents and/or employees, created and / or permitted to exist a dangerous, defective, hazardous and unsafe condition and / or created a broader zone of risk that posed a general threat of harm to those persons and/or invitees walking in, on, and about the premises, thus breaching its aforementioned duty.

8.      That at all times material and relevant hereto, Defendant, by and through its agent and/or employees, was negligent and careless in the ownership, operation, maintenance, management, construction and/or control of its aforementioned premises and breached their duty in one or more of the following respects:

(a)     By failing to maintain the premises in a reasonably safe manner for invitees and others properly and lawfully on the Premises;

(b)     By failing to prevent the creation of a dangerous, defective, hazardous and/or unsafe condition on the premises;

(c)     By failing to take other actions to prevent the dangerous, defective, hazardous and/or unsafe condition from existing;

(d)     By allowing the creation of a dangerous, defective, hazardous and/or unsafe condition on the premises;

(e)     By failing to inspect the premises for the existence of dangerous, defective, hazardous and/or unsafe conditions;

EXHIBIT "A"

(f)     By failing to inspect the premises for defects such as the one which caused Plaintiff's injuries;

(g)     By allowing a dangerous, defective, hazardous and/or unsafe condition to remain on their premises for an unreasonable length of time where a reasonable person would have known that the condition existed;

(h)     By failing to properly cordon off and/or mark the area where the dangerous, defective, hazardous and/or unsafe condition existed;

(i)     By failing to properly notify and/or otherwise warn persons using the premises of the existence of a dangerous, defective, hazardous and/or unsafe condition;

(j)     By failing to abate, rectify and/or repair the dangerous, defective, hazardous and/or unsafe condition in a timely manner;

(k)     By failing to have others that may be responsible, either by law or delegation, for the upkeep and repair of the premises, to maintain the premises in a safe condition;

(l)     By failing to adequately supervise its agents and/or employees, and thus allowing a dangerous, defective, hazardous and/or unsafe condition to exist;

(m)     By failing to adequately train its agents and/or employees

(n)     By creating and permitting to exist a dangerous, defective, hazardous and/or unsafe condition.

(o)     By being otherwise negligent.

9.     That as a direct and proximate result of the negligence of Defendant, by and/or through its agents and/or employees, as set forth above, Plaintiff suffered serious permanent and non-permanent injuries in and about her body and extremities.  Moreover, Plaintiff did in the past and will in the future, suffer: Bodily injuries; Disability, both temporary and permanent, within a reasonable degree of medical probability; Disfigurement and scarring of a significant nature; Mental anguish; Loss of capacity for the enjoyment of life; Medical and hospital expenses; Loss of earning capacity; Loss of earnings; incurred medical expenses in the treatment of related injuries; Loss of bodily function; and Aggravation of a pre-existing condition.

WHEREFORE, the Plaintiffs hereby demands judgments against the Defendant in excess of Fifty Thousand Dollars ($50,000.00) plus costs, and interest, and such other and further relief

EXHIBIT "A"

as this Court deems proper, and further demands a trial by jury on all issues so triable as a matter of right.

**ROSENBERG & ROSENBERG, P.A.**
Attorney for the Plaintiff
2501 Hollywood Blvd., Suite 110
Hollywood, FL 33020
(954) 963-0444
Service of Documents:  litigation@rrpalaw.com

BY: ___ **/s/Vincent J. Rutigliano**
           VINCENT J. RUTIGLIANO, ESQ.
           FBN: 0105937

**EXHIBIT "A"**